NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-13-0003297
13-FEB-2014
08:34 AM

NO. CAAP-13-0003297

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

JOSHUA J. MEDEIROS, Petitioner-Appellant,
v.
ADMINISTRATIVE DIRECTOR OF THE COURTS,
STATE OF HAWAI'I, Respondent-Appellee

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(CASE NO. 1DAA-13-00004)

ORDER APPROVING THE JANUARY 27, 2014
STIPULATION FOR VOLUNTARY DISMISSAL OF APPEAL
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon consideration of the "Stipulation for Voluntary Dismissal of Appeal" (Stipulation) filed on January 27, 2014 and signed by Respondent-Appellee Administrative Director of the Courts and Petitioner-Appellant Joshua J. Medeiros, and the records and files herein,

IT IS HEREBY ORDERED that the Stipulation is approved, and the appeal is dismissed. The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i, February 13, 2014.

Presiding Judge

Associate Judge

Associate Judge